UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 5295**

_Mr Clive Beebick_

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_City of New York: 28 Precinct_
_2271 8th Avenue,_
_New York, NY 10027-5319_

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Mr Clive Beebick_
Street Address _P.O Box_
County, City _Mount Vernon_
State & Zip Code _NY 10551_
Telephone Number _(203) 808-9415_

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1   Name _City of New York : 28 Precinct_
Street Address _2271 8th Avenue_
County, City _New York, NY_
State & Zip Code _NY 10027-5319_
Telephone Number _(212) 678-1611_

Defendant No. 2   Name _Officer Vargas (Spanish Female Cop)_  _28 precinct, arrest 4/23/2010_
Street Address _2271 8th Avenue_
County, City _New York_
State & Zip Code _NY 10027-5319_
Telephone Number _212-678-1611_

Defendant No. 3   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 217 West 110th Street Manhattan NY

B. What date and approximate time did the events giving rise to your claim(s) occur? 4/23/2010 3:36pm

C. Facts:

**What happened to you?** Arrested Wrongfully, Abused, Continues harrassment, Wrongful Summons for disorderly Conduct

**Who did what?** Spanish Female cop officer

**Was anyone else involved?** My wife Yolanda Berbick was also victim of police Brutality

**Who else saw what happened?** FDNY EMS came to call also black Female lady, hundreds of cop was there. I requested 911 meanwhile one of the officer make slam me on the Floor with about Fifty cops on my head

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. they slam me on the concrete on my head. There was contusion on my head and other part of my body. I was injected with a needle from the cop that slam me on the concrete. I went to Harlem Hospital also my wife Mrs Yolanda Berbick. I went back a second time to the hospital because I was feeling pain in my back from the injection

Rev. 05/2010

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am suing the precinct 28, for twenty five million dollars, and I am also suing the officer, for thirty five million dollars, for unjust arrest, set up, abuse, corruption and humiliation.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 28 day of June, 2011.

Signature of Plaintiff

Mailing Address: P.O Box 708 Mount Vernon, NY 10551

Telephone Number: (203) 808-9415

Fax Number *(if you have one)*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*